**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| STUDENT DOE #1, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:25-cv-00282-SRB |
| | ) | |
| KRISTI NOEM, *in her official* | ) | |
| *capacity as Secretary of the U.S.* | ) | |
| *Department of Homeland Security*, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER**

Upon review of the record, and for the reasons previously stated, it is hereby ORDERED

that the Court's Temporary Restraining Order, (Doc. #9), is EXTENDED by seven (7) days until

and including June 4, 2025. The Government's objections to the relief granted is noted for the

record. The hearing currently set for May 28, 2025, at 3:15 p.m. is hereby CANCELLED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: May 28, 2025, at 8:12 a.m.